# United States Court of Appeals for the Federal Circuit

---

**LAKSHMI ARUNACHALAM,**

*Plaintiff-Appellant*

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION, JPMORGAN CHASE & CO., SAP AMERICA, INC., EDWARD L. TULIN, KEVIN J. CULLIGAN, THARAN GREGORY LANIER, APPLE INC., FACEBOOK, INC., ALPHABET INC., MICROSOFT CORPORATION, FISERV, INC., WELLS FARGO BANK, N.A., FULTON FINANCIAL CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., ECLIPSE FOUNDATION, INC., CLAIRE T. CORMIER, DOUGLAS R. NEMEC, JOSEPH M. BEAUCHAMP, MICHAEL Q. LEE, DAVID ELLIS MOORE, MARK J. ABATE, MATTHEW JOHN PARKER, SASHA G. RAO, ROBERT SCOTT SAUNDERS, JESSICA R. KUNZ, CITIGROUP, INC., CITICORP, CITIBANK, N.A., RAMSEY M. AL-SALAM, CANDICE CLAIRE DECAIRE, GARTH WINN, MICHAEL J. SACKSTEDER, ALAN D. ALBRIGHT, KRISTIE DAVIS, ROBERT W. SCHROEDER, III, CAROLINE CRAVEN, RYAN T. HOLTE, LYFT, INC., UBER TECHNOLOGIES, INC., EXXON MOBIL CORPORATION, INTUIT, INC., JOHN ALLEN YATES, JOHN H. BARR, JR., ANDREW JAMES ISBESTER, DOMINICK GATTUSO, KRONOS INCORPORATED, SCOTT DAVID BOLDEN, LORI A. GORDON,**

*Defendants-Appellees*

---

2022-2121

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01020-VAC, Judge Maryellen Noreika.

---

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT



May 10, 2024
Date

Jarrett B. Perlow
Clerk of Court